# WEBB, KLASE & LEMOND, LLC
ATTORNEYS AT LAW

1900 THE EXCHANGE, S.E. • SUITE 480 • ATLANTA, GEORGIA 30339

(770) 444-9325 • (770) 217-9950 (facsimile)

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 17 2018 ★

BROOKLYN OFFICE

Author's Direct Dial:
(770) 444-0773

Email Address:
Adam@WebbLLC.com

January 16, 2018

**VIA FACSIMILE AND ECF**
Hon. Nicholas G. Garaufis
U.S. District Court for the Eastern District of New York
Room 1416 S
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  *Healing for the Abused Woman Ministries v. PNC Merch. Servs. Co., L.P.* (E.D.N.Y. Case No. 17-cv-6255-NGG-CLP)

Dear Judge Garaufis:

This firm represents Plaintiffs in the above-referenced matter.

Defendant waived service of the summons and complaint on December 11, 2017. *See* Dkt. 9. As a result, Defendant's current deadline to respond is February 9, 2018.

Plaintiffs request leave to file an amended complaint to reflect modified allegations and additional Plaintiffs. Defendant has consented to such amendment on or before February 6, 2018, so long as Defendant is afforded 45 days after the filing to respond.

No party has previously requested an extension of time in this matter. The requested extension does not affect any other scheduled deadlines.

Thank you for your time and consideration of this request.

Sincerely,

*E. Adam Webb*

E. Adam Webb

cc:  Justin J. Kontul, Esq. - counsel for Defendant

*Applications granted.*
*So ordered.*

s/ NGG
1/16/18