**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------x
KELWIN INKWEL, LLC, ANITA'S SKIN & : 
BODY CARE, and D.B. KOSIE & :
ASSOCIATES, on behalf of themselves and all :
others similarly situated, :
:
                            Plaintiffs, :    CIVIL ACTION NO.
:
v. :    1:17-cv-06255-FB-CLP
:
PNC MERCHANT SERVICES COMPANY, L.P., :
:
                            Defendant. :
----------------------------------------------------------x
CHOI'S BEER SHOP, LLC, on behalf of itself :
and all others similarly situated, :
:
                            Plaintiff, :    CIVIL ACTION NO.
:
v. :    1:19-cv-5768-FB-CLP
:
PNC MERCHANT SERVICES COMPANY, L.P., :
:
                            Defendant. :
----------------------------------------------------------x

**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND FOR DIRECTION OF CLASS NOTICE**

**PLEASE TAKE NOTICE** that Plaintiffs Anita's Skin & Body Care, D.B. Kosie & Associates, and Choi's Beer Shop, LLC (collectively, "Plaintiffs") will and hereby do move the Court, before the Honorable Frederic Block, at the United States District Courthouse for the Eastern District of New York, located at 225 Plaza Cadman East, Brooklyn, New York 11201, at a date and time to be determined by the Court, for an order pursuant to Fed. R. Civ. P. 23(e) granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and for Direction of Class Notice. Plaintiffs request that in this order the Court do the following:

  a. Grant preliminary approval of the parties' proposed settlement agreement and release ("Settlement")[1];

  b. Certify, for settlement purposes, the settlement class, pursuant to Fed. R. Civ. P. 23(a) and (b)(3);

  c. Appoint Plaintiffs as class representatives representing the settlement class;

  d. Appoint Webb, Klase & Lemond, LLC (E. Adam Webb and Matthew C. Klase) as class counsel for the settlement class;

  e. Approve the Parties' proposed notice program, including the proposed forms of notice, and direct that notice be disseminated pursuant to such notice program and Fed. R. Civ. P. 23(e)(1);

  f. Appoint Rust Consulting ("Rust") as settlement administrator and direct Rust to carry out the duties and responsibilities of the settlement administrator specified in the Settlement;

  g. Set deadlines for settlement class members to request exclusion from the settlement class and to object to the settlement, and for settlement class members that are former customers to submit claims for settlement payments;

  h. Stay all non-Settlement-related proceedings in these lawsuits pending final approval of the Settlement; and

  i. Schedule a final approval hearing and certain other dates in connection with the final approval of the Settlement pursuant to Fed. R. Civ. P. 23(e)(2).

  This motion is based on this notice of motion and motion, the accompanying memorandum, the Settlement including all exhibits thereto, the Joint Declaration of E. Adam

---

[1] The Settlement is being filed herewith as Exhibit A to the accompanying Joint Declaration of E. Adam Webb and Matthew C. Klase.

Webb and Matthew C. Klase filed herewith, the argument of counsel, all papers and records on file in this matter, and such other matters as the Court may consider.

As discussed in the accompanying memorandum, the requested relief is appropriate because the Settlement satisfies the standards for preliminary approval and for direction of class notice under Fed. R. Civ. P. 23(e).

For the Court's convenience a proposed order approved by the parties is filed herewith.

Dated:  November 8, 2021	Respectfully submitted,

/s/ E. Adam Webb
E. Adam Webb*
Adam@WebbLLC.com
Matthew C. Klase*
Matt@WebbLLC.com
WEBB, KLASE & LEMOND, LLC
1900 The Exchange, S.E.
Suite 480
Atlanta, GA 30339
Tel: 770-444-0998

*Attorneys for Plaintiffs*

*Admitted *Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2021, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel who have registered with the Court.

                                                */s/ E. Adam Webb*
                                                E. Adam Webb