**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

```
------------------------------------------------x
KELWIN INKWEL, LLC, ANITA'S SKIN &              :
BODY CARE, and D.B. KOSIE &                     :
ASSOCIATES, on behalf of themselves and all     :
others similarly situated,                      :
                                                :
                        Plaintiffs,             :    CIVIL ACTION NO.
                                                :
v.                                              :    1:17-cv-06255-FB-CLP
                                                :
PNC MERCHANT SERVICES COMPANY, L.P.,            :
                                                :
                        Defendant.              :
------------------------------------------------x
CHOI'S BEER SHOP, LLC, on behalf of itself      :
and all others similarly situated,              :
                                                :
                        Plaintiff,              :    CIVIL ACTION NO.
                                                :
v.                                              :    1:19-cv-5768-FB-CLP
                                                :
PNC MERCHANT SERVICES COMPANY, L.P.,            :
                                                :
                        Defendant.              :
------------------------------------------------x
```

**<u>PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION</u>**
**<u>FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT</u>**

**PLEASE TAKE NOTICE** that Plaintiffs Anita's Skin & Body Care, D.B. Kosie & Associates, and Choi's Beer Shop, LLC (collectively, "Plaintiffs") will and hereby do move the Court, before the Honorable Frederic Block, in Courtroom 10-C of the United States District Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, on March 31, 2022 at 11:00 a.m., for an order granting Plaintiffs' unopposed motion for final approval of the class settlement agreement reached by the parties in these matters (*Inkwel* Dkt. 97-2, Ex. A).

This motion is based on this notice of motion and motion, the accompanying memorandum of points and authorities, the settlement (including all exhibits thereto), the declaration of Jason Rabe (representing Settlement Administrator Rust Consulting) (filed herewith), the declaration of mediator Terrence White (filed herewith), the supplemental joint declaration of class counsel (filed herewith), the materials filed in support of Plaintiffs' motion for preliminary settlement approval, the Court's preliminary approval Order dated November 9, 2021 (*Inkwel* Dkt. 98), the argument of counsel, all papers and records on file in this matter, and such other matters as the Court may consider.

As discussed in the accompanying memorandum, the requested relief is appropriate because the settlement satisfies the standards for final approval under Federal Rule of Civil Procedure 23 and Second Circuit precedent.

Dated:  February 7, 2022        Respectfully submitted,

/s/ E. Adam Webb
E. Adam Webb*
Adam@WebbLLC.com
Matthew C. Klase*
Matt@WebbLLC.com
WEBB, KLASE & LEMOND, LLC
1900 The Exchange, S.E.
Suite 480
Atlanta, GA 30339
Tel: 770-444-0773

*Attorneys for Plaintiffs*

*Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2022, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel who have registered with the Court.

                                             /s/ E. Adam Webb
                                             E. Adam Webb